[No. 23951-1-I.   Division One.   February 12, 1990.]

JAMES H. JONES, *Appellant,* v. PETER KIEWIT SONS'
COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit County, No. 88-2-00351-6, Harry A. Follman, J., entered

March 30, 1989. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Scholfield and Winsor, JJ.